2009 APR -1 AM 11: 46
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

**CR09-00312**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09- |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | |
| JACK SCOTT CARPENTER, JR., | ) | [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A): Conspiracy to Distribute Marijuana; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and (B): Possession With Intent to Distribute Marijuana; 21 U.S.C. § 856(a)(1): Maintaining Drug-Involved Premises; 18 U.S.C. § 2(a): Aiding and Abetting] |
| REBECCA LYNN TRAMMELL, aka "Rebecca Carpenter," GEORGE EVAN MANSELL, DEREK MALULANI AHIA, DAVERN REN FREEMAN, and BRAIR CAITLYN WEIPPERT, | ) | |
| Defendants. | ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)]

A.   OBJECTS OF THE CONSPIRACY

Beginning on an unknown date and continuing until on or about November 5, 2008, in San Luis Obispo County, and elsewhere, within the Central District of California, defendants JACK SCOTT CARPENTER, JR. ("CARPENTER"), REBECCA LYNN TRAMMELL, also known as (aka) "Rebecca Carpenter" ("TRAMMELL"), GEORGE

RBV:rbv



1  EVAN MANSELL ("MANSELL"), DEREK MALULANI AHIA ("AHIA"), DAVERN

2  REN FREEMAN ("FREEMAN"), and BRAIR CAITLYN WEIPPERT

3  ("WEIPPERT"), and others known and unknown to the Grand Jury,

4  conspired and agreed with each other to knowingly and

5  intentionally commit the following offenses:

6       1.   The distribution of at least 1000 plants of marijuana,

7  a schedule I controlled substance, in violation of 21 U.S.C. §§

8  841(a)(1) and 841(b)(1)(A); and

9       2.   The distribution of at least 100 kilograms of a mixture

10 or substance containing a detectable amount of marijuana, a

11 schedule I controlled substance, in violation of 21 U.S.C. §§

12 841(a)(1) and 841(b)(1)(B).

13 B.   <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE</u>

14      <u>ACCOMPLISHED</u>

15      The objects of the conspiracy were to be accomplished in

16 substance as follows:

17      1.   CARPENTER would use residential locations in

18 Atascadero, California, to grow, harvest and prepare massive

19 amounts of marijuana for distribution and sale.

20      2.   CARPENTER would hire workers to operate the "marijuana

21 grow" locations.

22      3.   TRAMMELL would assist CARPENTER in managing marijuana

23 grow operations.

24      4.   MANSELL, AHIA, FREEMAN, and WEIPPERT would work in the

25 marijuana grow locations, caring for, trimming, and harvesting

26 the marijuana plants, then preparing the marijuana for

27 distribution and sale.

28

5.   CARPENTER would use his business, "First Financial Enterprises," as a front to purchase supplies and equipment to operate the marijuana grow operation, and to launder cash that he and TRAMMELL received from the distribution and sale of marijuana.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants CARPENTER, TRAMMELL, MANSELL, AHIA, FREEMAN, and WEIPPERT, and others known and unknown to the Grand Jury, committed various overt acts on or about the dates set forth below, in San Luis Obispo County, and elsewhere, within the Central District of California, including but not limited to the following:

1.   On or before November 5, 2008, CARPENTER and TRAMMELL operated a "marijuana grow" that consisted of approximately 1,902 marijuana plants, and 88 kilograms of harvested marijuana, inside a residence on San Fernando Road in Atascadero, California (the "San Fernando Road location").

2.   On or before November 5, 2008, AHIA, FREEMAN, and WEIPPERT assisted in the operation of the marijuana grow at the San Fernando Road location.

3.   On or before November 5, 2008, CARPENTER and TRAMMELL operated a "marijuana grow" that consisted of approximately 331 marijuana plants, and 416 grams of harvested marijuana, inside a residence on Monterey Road in Atascadero, California (the "Monterey Road location").

4.   On or before November 5, 2008, MANSELL, AHIA and WEIPPERT assisted in the operation of the marijuana grow at the Monterey Road location.

5.   On or before November 5, 2008, CARPENTER and TRAMMELL operated a "marijuana grow" that consisted of approximately 613 marijuana plants, and 160 grams of harvested marijuana, inside a residence on Rojo Court in Atascadero, California (the "Rojo Court location").

6.   On or before November 5, 2008, MANSELL assisted in the operation of the marijuana grow at the Rojo Court location.

7.   On or before November 5, 2008, CARPENTER possessed records and receipts of expenses associated with the cost of marijuana grow operations.

8.   On or before November 5, 2008, CARPENTER possessed financial records associated with proceeds derived from the distribution and sale of marijuana.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A); 18 U.S.C. § 2(a)]

On or about November 5, 2008, at a location on San Fernando Road, in San Luis Obispo County, within the Central District of California, defendant JACK SCOTT CARPENTER, JR., knowingly and intentionally possessed with intent to distribute (1) at least 1000 plants of marijuana, namely, approximately 1902 marijuana plants, and (2) approximately 88 grams of marijuana, a schedule I controlled substance.

Defendants REBECCA LYNN TRAMMELL, also known as "Rebecca Carpenter," DEREK MALULANI AHIA, DAVERN REN FREEMAN, and BRAIR CAITLYN WEIPPERT knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); 18 U.S.C. § 2(a)]

On or about November 5, 2008, at a location on Monterey Road in the city of Atascadero, San Luis Obispo County, within the Central District of California, defendant JACK SCOTT CARPENTER, JR., knowingly and intentionally possessed with intent to distribute (1) at least 100 plants of marijuana, namely, approximately 331 marijuana plants, and (2) approximately 416 grams of marijuana, a schedule I controlled substance.

Defendants REBECCA LYNN TRAMMELL, also known as "Rebecca Carpenter," GEORGE EVAN MANSELL, DEREK MALULANI AHIA, and BRAIR CAITLYN WEIPPERT knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); 18 U.S.C. § 2(a)]

On or about November 5, 2008, at a location on Rojo Court in the city of Atascadero, San Luis Obispo County, within the Central District of California, defendant JACK SCOTT CARPENTER, JR., knowingly and intentionally possessed with intent to distribute (1) at least 100 plants of marijuana, namely, approximately 613 marijuana plants, and (2) approximately 160 grams of marijuana, a schedule I controlled substance.

Defendants REBECCA LYNN TRAMMELL, also known as "Rebecca Carpenter," and GEORGE EVAN MANSELL knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

COUNT FIVE

[21 U.S.C. § 856(a)(1); 18 U.S.C. § 2(a)]

On or about November 5, 2008, in San Luis Obispo County, within the Central District of California, defendant JACK SCOTT CARPENTER, JR., knowingly used and maintained a building, room and enclosure at a location on San Fernando Road, Atascadero, California, for the purpose of manufacturing and distributing marijuana, a schedule I controlled substance.

Defendants REBECCA LYNN TRAMMELL, also known as "Rebecca Carpenter," DEREK MALULANI AHIA, DAVERN REN FREEMAN, and BRAIR CAITLYN WEIPPERT knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

COUNT SIX

[21 U.S.C. § 856(a)(1); 18 U.S.C. § 2(a)]

On or about November 5, 2008, in San Luis Obispo County, within the Central District of California, defendant JACK SCOTT CARPENTER, JR., knowingly used and maintained a building, room and enclosure at a location on Monterey Road, Atascadero, California, for the purpose of manufacturing and distributing marijuana, a schedule I controlled substance.

Defendants REBECCA LYNN TRAMMELL, also known as "Rebecca Carpenter," GEORGE EVAN MANSELL, DEREK MALULANI AHIA, and BRAIR CAITLYN WEIPPERT knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

COUNT SEVEN

[21 U.S.C. § 856(a)(1); 18 U.S.C. § 2(a)]

On or about November 5, 2008, in San Luis Obispo County, within the Central District of California, defendant JACK SCOTT CARPENTER, JR., knowingly used and maintained a building, room and enclosure at a location on San Fernando Road, Atascadero, California, for the purpose of manufacturing and distributing marijuana, a schedule I controlled substance.

Defendants REBECCA LYNN TRAMMELL, also known as "Rebecca Carpenter," and GEORGE EVAN MANSELL knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

A TRUE BILL

/s/

Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

TIMOTHY J. SEARIGHT
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement
Task Force Section

ROB B. VILLEZA
Assistant United States Attorney
Deputy Chief, Organized Crime Drug Enforcement
Task Force Section